IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01148-REB-NRN

KRISTIAN RUNUNG,

Plaintiff,

v.

BANK OF AMERICA, N.A., and TIAA, FSB
a/k/a Everbank and Trans Union, LLC and
Equifax Information Services, LLC,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that a Scheduling/Planning Conference is set on September 13, 2018 at 9:30 a.m. in Courtroom C205 in the Byron G. Rogers United States Courthouse located at 1929 Stout Street. The proposed Scheduling Order shall be filed on or before September 6, 2018.

Date: August 17, 2018